1012

## In OLITSKY'S ESTATE.

Jack OLITSKY, Bankrupt, Appellant, v. L. G. SMITHWICK, Trustee in Bankruptcy of the Estate of Jack Olitsky, Individually and Formerly Trading as Jack's Market, Bankrupt, Appellee.

No. 4226.

Circuit Court of Appeals, Fourth Circuit.

Oct. 4, 1937.

Steingold & Steingold, of Norfolk, Va., for appellant.

P. A. Agelasto, Jr., of Norfolk, Va., for appellee.

PER CURIAM.

Case dismissed under rule 20 in accordance with stipulation of counsel.

## PACIFIC NATIONAL BANK OF SAN FRANCISCO et al. v. WESTERN WOMEN'S CLUB et al.

No. 8700.

Circuit Court of Appeals, Ninth Circuit.

Jan. 7, 1938.

Cooper, White & Cooper, Hugh K. McKevitt, and Jack M. Howard, all of San Francisco, Cal., for appellants.

Byrne, Lamson & Jordan, of San Francisco, Cal., for appellee Western Club.

Louis Ferrari and George D. Schilling, both of San Francisco, Cal., for appellee Bank of America.

Ernest J. Torregano and Charles M. Stark, both of San Francisco, Cal., for appellees Dohrmann Co.

Before GARRECHT, MATHEWS, and HANEY, Circuit Judges.

PER CURIAM.

Pursuant to stipulation of counsel for respective parties, ordered appeal dismissed, that a decree of dismissal be filed and entered accordingly, and the mandate of this court issue forthwith.

## In re PENNSYLVANIA CENTRAL BREWING CO.

FIDELITY–PHILADELPHIA TRUST CO., Trustee for Bondholders under Mortgage, etc., Appellant, v. George P. WEAVER, Paul G. Collins, and John Memolo, Trustees of the Pennsylvania Central Brewing Co., Debtor, Appellees.

No. 6414.

Circuit Court of Appeals, Third Circuit.

Nov. 26, 1937.

Roland C. Heisler and Drinker, Biddle & Reath, all of Philadelphia, Pa., and Walter L. Hill and O'Malley, Hill, Harris & Harris, all of Scranton, Pa., for appellant.

John H. Bigelow, of Hazleton, Pa., for appellees.

Before BUFFINGTON and BIGGS, Circuit Judges, and WATSON, District Judge.

PER CURIAM.

This matter having come on for hearing and it being conceded by counsel of the trustee that in view of certain decisions rendered since the entry by the court below, 18 F.Supp. 458, of its order of July 16, 1936, the said order cannot now ·be sustained. Now therefore, the said order is hereby vacated.